## 332

*Victor Division* (41 C. C. P. A. 137, C. A. D. 541), the claim of the plaintiffs was sustained.

**No. 59690.**—Alglobe Trading Corp. et al. *v.* United States, protests 221080–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

**No. 59691.**—Rivoli Scarf & Novelty Co. and Surface Freight Corp. et al. *v.* United States, protests 221630–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

**No. 59692.**—Siber Hegner & Co., Inc., and Rohner Gehrig & Co., Inc., et al. *v.* United States, protests 223696–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of articles of wearing apparel in chief value of silk similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

**No. 59693.**—Robinson & Golluber, Inc., et al. *v.* United States, protests 251857–K, etc. (New York).